IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| MANDY DANDERSON, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | No.: 2:21-CV-00___ |
| WALMART EAST, LP, and THOMASINA GONZALES | § § § § | |
| Defendant. | § § | |

### DECLARATION OF LAURALEE FRAZIER

Under penalty of perjury, Lauralee Fraizer hereby attests to the following:

1. My name is Lauralee Fraizer. I am the Regional People Operations Lead for Defendant Walmart. I am over the age of 18 and am competent to testify to the matters set forth herein. The facts stated herein are based on my personal knowledge or based on my review of records of Defendant Walmart that are made and kept in the regular course of business by someone with knowledge.

2. In my position as Regional People Operations Lead, I am familiar with the wages earned by Walmart associates, including Plaintiff Mandy Danderson, and the date her employment ended.

3. At the time Plaintiff's employment ended on September 5, 2019, she earned $3,334.63 every two weeks or $86,700.28 per year.

4. I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on October 5, 2021.

*Lauralee Fraizer*
Lauralee Fraizer

**EXHIBIT A**